United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-13737-sr
Derek Phillip Walsh                                                             Chapter 13
Laura Frances Phaneuf
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                 Page 1 of 2                Date Rcvd: Feb 23, 2017
                              Form ID: pdf900            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db/jdb         +Derek Phillip Walsh,    Laura Frances Phaneuf,    323 W. Waverly Road,    Glenside, PA 19038-3332
aty            +ALEXANDER K. LEE,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
13733331        Allstate Insurance,    PO Box 55126,    Boston, MA 02205-5126
13733332        Bank of America,    113-119 Ridge Road,    North Arlington, NJ 07031
13824093       +CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,     SERIES 05-00011, US BANK NATIONAL ASSOC,
                 c/o DENISE ELIZABETH CARLON,    KML Law Group, 701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
13733333       +Citibank,    399 Park Avenue,    New York, NY 10043-0001
13733336       +Dynia & Associates, LLC,    1400 Touhy Ave.,    Suite G2,    Des Plaines, IL 60018-3338
13733338      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court:   JC Christensen & Associates, Inc,    PO Box 519,
                 Sauk Rapids, MN 56379)
13733339       +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
13739527       +Nationstar Mortgage LLC,    c/o ALEXANDER K. LEE,    4375 Jutland Drive, Suite 200,
                 PO Box 17933,    San Diego, CA 92177-7921
13733340       +Owen Automotive,    375 West Glenside Ave.,    Glenside, PA 19038-3313
13733342       +Pioneer Credit Recovery,    PO Box 100,    Arcade, NY 14009-0100
13733343       +Shapiro & DeNardo, LLC,    3600 Horizon Dr.,    Suite 150,    King of Prussia, PA 19406-4702
13780902       +U.S. Bank National Association,    Nationstar Mortgage, LLC,    PO Box 619096,
                 Dallas TX 75261-9096
13815220        U.S. DEPARTMENT OF EDUCATION,    PO BOX 16448,    ST. PAUL, MN 55116-0448
13733344        US Dept of Education,    PO Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2017 01:49:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13734123       +E-mail/Text: bankruptcy@cavps.com Feb 24 2017 01:49:17      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13733334       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 24 2017 01:49:40
                 Credit Collection Services,    Two Wells Avenue,    Newtown, MA 02459-3246
13733335        E-mail/Text: creditonebknotifications@resurgent.com Feb 24 2017 01:48:49      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
13733337       +E-mail/Text: bankruptcy@affglo.com Feb 24 2017 01:49:12      Global Credit & Collection Corp,
                 5440 N. Cumberland, Suite 300,    Chicago, IL 60656-1486
13812189        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2017 01:39:36
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13733341        E-mail/Text: bankruptcygroup@peco-energy.com Feb 24 2017 01:48:56      PECO Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13787091       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 24 2017 01:48:56      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee for
13733345      ##+Verizon,   PO Box 33078,   St. Petersburg, FL 33733-8078
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: John                Page 2 of 2                  Date Rcvd: Feb 23, 2017
                              Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
```
              BRIAN C. EVES    on behalf of Joint Debtor Laura Frances Phaneuf BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Debtor Derek Phillip Walsh BrianEvesLaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES,
               SERIES 2005-11, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC pa-bk@logs.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

DEREK PHILLIP WALSH
LAURA FRANCES PHANEUF

                                                                    : Bankruptcy No. 16-13737SR
            Debtor(s)                                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

Dated: February 23, 2017

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRIAN C EVES ESQ
P O BOX 0713
NEW HOPE PA 18938-0713

DEREK PHILLIP WALSH
LAURA FRANCES PHANEUF
323 W. WAVERLY ROAD
GLENSIDE,PA.19038